## Commonwealth of Massachusetts

SUFFOLK, §S.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. _193862C_

Raheem Rashed Abubardar _____, PLAINTIFF(S),

v.

Detective Ismael Henriquez, et. al. , DEFENDANT(S)

### SUMMONS

THIS SUMMONS IS DIRECTED TO ____Detective Ismael Henriquez____ . (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the ____Suffolk Superior____ Court. YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court and mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
   a. Filing your signed original response with the Clerk's Office for Civil Business, ____Suffolk____ Court, 3 Pemberton Square, Boston, MA 02108 (address), by mail or in person, AND
   b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: ____1342 Belmont Street, Suite 102, Brockton, MA 02301____

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as counterclaims) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a "Motion to Dismiss," if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under Mass. R. Civ. P. 12. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov/courts/case-legal-res/rules of court.

A True Copy Attest

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUFFOLK SUPERIOR COURT
CIVIL NO. 1984CV3862C

RAHEEM RASHED ABUBARDAR

v.

DETECTIVE ISMAEL HENRIQUEZ, et, al;
BADGE NUMBER 91894
AREA B-2 STATION
AND
MR. WILLIAM G. GROSS
THE BOSTON POLICE COMMISSIONER

---

## 1st AMENDED CIVIL COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

---

## A. Introduction

1. Plaintiff, Raheem Rasheed Abubardar, is a resident of the city of Boston. He was required to register as a sex offender with his local Police Department pursuant to Sex Offender Registry Laws c. 6 §§ 178C - 178Q. On October 23, 2018, as required by governing law, Mr. Abubardar went to the Area A-1 Police Department in the City of Boston and executed the required Sex Offender Registration Forms. On the forms that he executed, Mr. Abubardar identified his primary address as 724 Shawmut Avenue, Roxbury, Massachusetts 02119, and his secondary address as 9 Joseph Street, Dorchester, Massachusetts 02124. On or about March 11, 2019, Detective Henriquez filed a criminal complaint against Mr. Abubardar falsely alleging that Mr. Abubardar had a new residential address and failed to report it. Mr. Abubardar, however, was in fact residing at 9 Joseph Street, Dorchester and Defendant Henriquez had failed to conduct any investigation into Mr. Abubardar's presence at that address. Mr. Abubardar was charged with a felony offense of Failing to Register as a Sex Offender in the Boston Municipal Court, but on December 10, 2019 the case against Mr. Abubardar was dismissed. Mr. Abubardar had complied with his registration obligations; he had not committed the offense falsely alleged in the police report authored by Detective Henriquez which caused his prosecution.

## B. Parties

2. Plaintiff, Raheem Rasheed Abubardar, is and was, at all times, a resident of the City of Boston.

3. Defendant, Detective Ismael Henriquez, is a Boston Police Officer with a rank of Detective assigned to the Sex Offender Unit in the capacity of Investigative Compliance Officer at the

Boston Police Area B-2, located at 2400 Washington Street, Roxbury, Massachusetts 02119. Defendant Detective Henriquez is, and was, at all relevant times, a Boston Police Detective working for the City of Boston in Suffolk County, and all actions taken by Defendant Henriquez in connection to the instant complaint were done under the color of law.

## C. Factual Allegations

4.   Mr. Abubardar is a 58-year-old male who resides in the City of Boston.

5.   At all relevant times Mr. Abubardar was classified as a Level 3 Sex Offender with the Massachusetts Sex Offender Board.

6.   On October 23, 2018, Mr. Abubardar went to Area A-1 Boston Police Department to fill out his annual Sex Offender Registration Form. During this process Mr. Abubardar identified two residential addresses; a primary address of 724 Shawmut Avenue in Roxbury, Massachusetts 02119 and a secondary address of 9 Joseph Street, Dorchester, Massachusetts 02124 (See Exhibit A).

7.   Mr. Abubardar identified both addresses: 724 Shawmut Avenue in Roxbury as well as 9 Joseph Street in Dorchester as his primary and secondary addresses as required by G.L. c. 6 § 178C.

8.   Sometime on or about March 26, 2019 Defendnat Henriquez sought a criminal complaint against Mr. Abubardar alleging the felony offense of Failing to Register as a Sex Offender under a subsequent offense in violation of G.L c. 6 § 178H and the date of the offense alleged to have been March 15, 2019.

9.   The only document pertaining to the criminal complaint to provide a supporting basis for the criminal charge was an incident report dated March 25, 2019 with a narrative dating March 15, 2019. The narrative supporting the criminal complaint states as follows:

> "On 3/15/19, Raheem Abubardar with a date of birth of 10/3/1962, being a Sex Offender, as defined in G.L. c. 6 § 178C, with who was required to register pursuant to G.L. c. 6 § 178C-179Q (1) did knowingly fail to register, or (2) did knowingly fail to verify registration information, or (3) did knowingly fail to provide notice of a change of address, or (4) did knowingly provide false information, the defendant having previously been convicted in Plymouth Superior Court on 8/6/1991 of an offense, specifically, Rape, Docket #89868.

> "Being a convicted level 3 sex offender, Mr. Abubardar did fail to register with the Boston Police Sex Offender Registry Unit (SORI Unit) as of 3/25/19. Mr. Abubardar failed to notify the SORI Unit of a change of address per address audit by detectives. Mr. Abubardar was placed in violation for not registering as a sex offender.

> "Warrants to be sought out of Boston Municipal Court Central Division for Failure to Register as a Sex Offender, second and subsequent, as suspect was convicted on

2/01/2007 out of Plymouth Superior Court for failure to register as a sex offender, docket #201300192006." (Exhibit B).

10. Defendant Henriquez did not include copies of the Sex Offender Registration Forms executed by Mr. Abubardar on October 23, 2018 with the criminal complaint. Nor did he provide any other documentation that would have informed the clerk magistrate that Mr. Abubardar had two residential addresses that he had registered at.

11. At no time did Defendant Henriquez himself investigate whether Mr. Abubardar was residing at 9 Joseph Street in Dorchester, Massachusetts as he had been, nor did he cause any other investigating officer to do so.

12. As a result of the criminal complaint application sought by Defendant Henriquez, a warrant for Mr. Abubardar's arrest was issued.

13. On or about March 27, 2019, Mr. Abubardar went to see his probation officer at the Suffolk Superior Court.

14. On March 27, 2019, while sitting in the hallway at Suffolk Superior Court, court officers came and placed Mr. Abubardar in custody on his outstanding warrant. Mr. Abubardar was taken to the lockup facility of the Court and subject to a strip search and held in custody until he was presented to the Court for determination on whether Mr. Abubardar should be held or released on conditions.

15. On March 27, 2019, a Judge of the Suffolk Superior court immediately released Mr. Abubardar from custody on the warrant out of the Boston Municipal Court and ordered that Mr. Abubardar appear in the Boston Municipal Court to address the warrant the following day.

16. On March 28, 2019, Mr. Abubardar appeared in the Boston Municipal Court Central Division and was arraigned on Docket No. 1901CR1484 that alleged the offense Sex Offender: Failure to Register, subsequent offense.

17. On May 21, 2019 the Commonwealth moved to dismiss the subsequent offense portion of the Docket No. 1901CR1484 such that the complaint only alleged the offense of Failure to Register as a Sex Offender.

18. On December 10, 2019 the Suffolk County District Attorney's Office dismissed the complaint against Mr. Abubardar stating, "The Commonwealth cannot meet its burden at trial." The Commonwealth's Nolle Prossed was accepted and the matter was dismissed (Exhibit C).

19. As a result of Defendant Henriquez's actions Mr. Abubardar was subject to arrest and prosecution for a crime that he did not commit. Mr. Abubardar suffered the loss of his Constitutional rights and the embarrassment, humiliation and distress associated with his arrest and prosecution for charges as to which he was innocent.

20. As a direct and proximate result of the defendant's unconstitutional actions as described above, Mr. Abubardar suffered restriction of his personal freedom, mental anguish, emotional distress, humiliation, and injury to reputation.   The mental and emotional anguish was significant, and interfered with Mr. Abubardar's sleep, appetite, and manifested itself in other physical symptoms including shaking, nausea, a racing heart, and gastrointestinal problems.

21. As a direct and proximate result of Henriquez's unconstitutional actions described above, Mr. Abubardar suffered severe anxiety, depression, and other mental anguish.

## Count I:  42 U.S.C. § 1983, False Arrest

22. The above paragraphs are incorporated by reference.

23. Defendant Henriquez caused Mr. Abubardar's arrest without probable cause.

24. Defendant Henriquez deprived Mr. Abubardar of his clearly established and well-settled rights under Fourth and Fourteenth Amendment to be free from unreasonable seizure of his person.

25. Defendant Henriquez acted with knowing or reckless disregard of Mr. Abubardar's constitutional rights.

26. As a direct and proximate result of defendants' actions, Mr. Abubardar suffered the damages described above.

## Count II: 42 U.S.C. § 1983, Malicious Prosecution

27. The above paragraphs are incorporated by reference.

28. When Mr. Abubardar was arrested, Defendant Henriquez lacked probable cause to believe Mr. Abubardar had committed the crimes he was charged with.

29. Nevertheless, Defendant Henriquez commenced or caused to be commenced a criminal prosecution in the Boston Municipal Court, instituted with malice and without probable cause against Mr. Abubardar.

30. Criminal complaint No. 1901CR1484 ultimately terminated in Mr. Abubardar's favor on December 10, 2019 when the case was dismissed.

31. Defendant Henriquez conduct violated Mr. Abubardar's clearly established rights under the Fourth Amendment and the procedural due process component of the Fourteenth Amendment.

32. As a direct and proximate result of Defendant Henriquez 's actions, Mr. Abubardar was prosecuted for a crime he did not commit. He suffered the injuries and damages as set forth above.

## Count VI : Intentional Infliction Of Emotional Distress

46. The above paragraphs are incorporated by reference.

47. In doing the acts alleged above, Defendant Henriquez intentionally or recklessly cause infliction of emotional distress upon Mr. Abubardar when he acted with either the desire or knowledge to a substantial degree of certainty that significant emotional distress would result from his conduct.

48. The conduct of Defendant Henriquez, as alleged above, was extreme and outrageous, beyond all bounds of decency, and intolerable in a civilized society.  At issue is conduct either designed or reasonably anticipated to harm Mr. Abubardar, which evinces improper illegal, unethical, oppressive, unscrupulous, and/or otherwise unconscionable conduct.

49. The conduct of Defendant Henriquez directly and proximately caused Mr. Abubardar to suffer, and from which he continues to suffer, significant emotional distress, trauma, shock, anxiety, humiliation, embarrassment, fear, and terror.

**WHEREFORE,** the plaintiff requests that this Court:

1.   Award compensatory damages;

2.   Award punitive damages against the Defendant;

3.   Award the costs of this action, including reasonable attorney's fees; and

4.   Award such other further relief as this Court may deem necessary and appropriate.

## JURY DEMAND

A jury trial is hereby demanded.

Respectfully Submitted,

Raheem Rasheed Abubardar

By his attorney

Jason Benzaken, Esq.
Benzaken & Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Telephone) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
*attorneybenzaken@gmail.com*

Dated:  July 1, 2020

# EXHIBIT A



**The Commonwealth of Massachusetts**
**Executive Office of Public Safety and Security**
**Sex Offender Registry Board**
P.O. Box 4547
Salem, Massachusetts 01970
Tel: (978) 740-6400, Fax (978) 740-6464
www.mass.gov/sorb

CHARLES D. BAKER
Governor
KARYN E. POLITO
Lieutenant Governor

DANIEL BENNETT
Secretary
KEVIN R. HAYDEN
Chairman

OCTOBER 01, 2018

RAHEEM ABUBARDAR
724 SHAWMUT AVE
ROXBURY, MA 02119

County: SUFFOLK   SON: 22164

Dear RAHEEM ABUBARDAR :

The Massachusetts Sex Offender Registry Law requires that Level 3 offenders appear in-person annually (during the month of their birthday) at the local police department of the city or town in which they live, or, if not living in Massachusetts, in the city or town in which they work or attend an institution of higher learning ("local police department"). They are required to appear with the enclosed registration form to verify that the information on file remains true and accurate, as well as, to update their photographs and take fingerprints. As a Level 3 offender, you are directed to report to your local police department within five (5) calendar days of receiving this letter in order to comply with these requirements. Failure to report to the local police department, as directed, will result in criminal prosecution.

If you have registered during the current calendar year, you do not have to re-register during your birth month for this calendar year. All other registration requirements remain in effect, including the fee payment.

Please be advised that as a Level 3 offender:
- When verifying registration information, you are required to provide the local police department with two (2) forms of Independent Written Verification. Any two (2) of the following four (4) items serve as Independent Written Verification:
  o Rent or mortgage receipt;
  o Utility bill;
  o Bank or credit card statement;
  o Passport, driver's license, official photo identification issued by the registry of motor vehicles, or any other photo identification deemed acceptable by the police department.
- All Level 3 homeless offenders are required to verify their registration information by appearing in-person at the local police department every 30 days;
- As a Level 3 offender, your registration information will be made available to the public upon request. In addition, your information will be subject to community notification and website dissemination.
- You are required to comply with all of the provisions of the Sex Offender Registry Law, M.G.L. c. 6, § 178C – 178Q. Your failure to comply with these provisions will result in criminal prosecution.
- You will be placed in violation of the law, criminally prosecuted and subject to reclassification if you knowingly:
  o Fail to register;
  o Fail to verify registration information;
  o Fail to provide notice of a change of address, employment or enrollment in an institution of higher learning (educational, vocational, professional or trade); or
  o Provide false information.

PLEASE READ CAREFULLY:  You are advised that you must appear in-person at your local police department, not less than 10 days prior to any change in residence, employment or enrollment at an institution of higher learning. You are further advised that you are required to immediately notify the appropriate authorities of any other state in which you establish a residence, employment or enroll in an institution of higher learning. Failure to do so may subject you to criminal prosecution.

INTERNATIONAL TRAVEL:  You are further advised that, in accordance with federal law, you must report any international travel to your registration official not less than 21 days prior to departure. Failure to do so may result in federal prosecution. Reporting travel does not authorize entry into your destination country; contact the local embassy of your destination country prior to your departure to determine whether entry will be authorized upon your arrival.

If you have any questions, please call 1-800-93-MEGAN (936-3426) or refer to the Board's website at www.state.ma.us/sorb/.

SEX OFFENDER REGISTRY BOARD

Encl. SOR Form 002R (10/10).

STATEMENT OF DELIVERY: THIS DOCUMENT AND ITS' ENCLOSURES WERE MAILED VIA 1ST CLASS USPS ON STATED DATE TO STATED ADDRESS BY THE SORB.

Pg #5

**SEX OFFENDER REGISTRATION FORM**
Unclassified & Level 1 ...Mail to: SORB PO Box 4547, Salem MA 01970
Level 2 & Level 3...Register at Police Department in City/Town of Residence

**PD INSTRUCTIONS** – Have registrant complete the form & sign. Attach photograph and fingerprint card. Submit to: SORB PO Box 4547, Salem, MA, 01970.

**SECTION A – Type/Status**
- [ ] Unclassified (Mail to SORB)
- [ ] Level 1 (Mail to SORB)
- [ ] Level 2 (at PD)
- [X] Level 3 (AT PD)
- [X] SVB (ACRD) w/SON: 22164

**SECTION B – Continuing Police Department/Agency Information**

PD or Agency Name: _____

Reporting Officer/Person: _____   Tel#: _____

**SECTION C – Registrant Information (Please print legibly or type)**

Name: Abubardar    Raheem    Rasheed    SSN: 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    Alien #: _____

Other Name(s) Used: Joe Nathan Jones    DOB: 10 23 1962 (Month Day Year)    POB: Goldsboro NC (City State)

Race: Black    Sex: Male    Hair Color: Black    Eye Color: Brown    Height: 6 1/2    Weight: 250Lbs

Scars/Marks/Tattoos: Non    Driver's License or ID#: S95174511 (State)

Are You Registered as a Sex Offender in Another State: [X] NO [ ] YES   If YES, which state: N/A    and at what LEVEL: N/A

**SECTION D – Current Residence Address** (Consistent with 2 levels of verification)
Street Address: 724 Shawmut, Ave.
NOTE: PO Box is not acceptable (Number/Suite, City, Zip, Lat, Dir)
Roxbury,    MA    02119 (City/Town / State / Zip)

(857) 230-2842 (Tel #)

josephjones@aol.com (E-Mail)

EMAIL ADDRESS: _____

Mailing Address:
(If different from residence, temporary address, or homeless location)
Address: 9 Joseph Street (Post Office box or number/street, City, Zip, Lat, Dir)
Dochester    MA, 02124 (City/Town / State / Zip)

Address Is Temporary Due To Being Shot In Both Legs
See Attached Police Report Exhibit A, A1, A2, and A3

**SECTION E – Vehicle, Mobile Home, Trailer, Manufactured Home, Vessel**
Description (Year/make/model/color scheme): no vehicle

License Plate #: _____    State: _____

Expiration Year: _____    VIN#: _____

**Secondary OR Out of State Address** (If different than Residence)
Street Address: 9 Joseph Street
Dochester    MA    02124 (City/Town / State / Zip)

This Address Is Temporary Due To Being Shot In Both Legs.
See Attached Police Reports Exhibits# A, A1, A2 and A3.

- [ ] Homeless (Must register every 30 days)

Location and/or Address: _____
NOTE: PO Box is not acceptable (Number/Suite, City, Zip, Lat, Dir)

Shelter Name (If applicable): _____

Closest Living Relative
Name: _____    Relationship: _____
Address: _____ (Number/Street/Suite, Bldg, Lat, Dir)
_____ (City/Town) _____ (State)

**SECTION F – Employment:** [ ] Employed [X] Self-Employed [X] Unemployed [ ] Volunteer

Employer: _____    Occupation: _____    Telephone Number: _____

Address: _____ (Number/Street/Suite, Bldg, Lat, Dir) _____ (City/Town) _____ _____

**SECTION G – Institution of Higher Learning**    Start Date: _____    Ending Date: _____

Name: No    Campus: _____

Address: _____ (Post Office box or Number/Street/Suite, Bldg, Lat, Dir) _____ _____ _____ _____

**SECTION H** - Please Read Carefully Before Signing – You are advised that you must notify, in writing, the Sex Offender Registry Board and/or the Police Department in the city or town in which you reside not less than 10 days prior to any change in residence, employment, or attendance at an institution of higher learning. You are required to immediately contact and advise of your presence, the appropriate authorities in any other state in which you locate yourself for the purpose of residence, employment, or attendance at an institution of higher learning.
In accordance with federal law, you must report any international travel to your registering authority no less than 21 days prior to travel.
Failing to do any of the above may subject you to state or federal criminal prosecution.

[X] I have read and understand the above requirements, OR [ ] the requirements were read to me and I understand these requirements. I do hereby attest that the information I have provided is true and accurate. Signed, this date October 23, 2018, under the pains and penalties of perjury.
DATE

Signature of Registrant    Signature of Witness

Raheem R. Abubardar

pg. #6

## SORNA COMPLIANCE FORM

Pursuant to the Sex Offender Registry Notification Act (SORNA),
Please provide the following information

### TRAVEL DOCUMENTS

**Section 1 - PLEASE PRINT CLEARLY**

Please provide the following personal identifying information:

Name: Abubardar                    .Raheem
         *(Last)*                      *(First)*

Date of Birth: 10  /  23  /  1962
               *Month*  *Day*  *Year*

Sex Offender Number: 22164

**Section 2 - PLEASE PRINT CLEARLY**

Please provide the following information if applicable:

Passport Number:_____*         [X] I do not have a passport

Immigration Number:_____         [X] I do not have an immigration number

Travel Itineraries: Please attach any international travel information including departure and return dates, destination and addresses that you will be staying at, and flight, train or bus tickets.

*In addition please include a photocopy of your passport.

### OTHER IDENTIFICATION

**Section 3 - PLEASE PRINT CLEARLY**

Please provide the following internet identifying information if applicable:

Email Addresses: josephjones@aol.com

Social Media Usernames (Facebook, Twitter or other networking profile):

**THIS IS NOT YOUR REGISTRATION FORM**- This information is used in order to comply with the Sex Offender Registry Notification Act of the Adam Walsh Act.

Pursuant to the federal Sex Offender Registration Notification Act, you must provide the Sex Offender Registry Board with travel document information including passport, immigration visa numbers, and if and when you travel out of state or country, for work or vacation, you must update the Sex Offender Registry Board with a travel itinerary.

You are further advised that, in accordance with federal law, you must report any international travel to your registration official not less than 21 days prior to departure. Failure to do so may result in federal prosecution. Reporting travel does not authorize entry into your destination country; contact the local embassy of your destination country prior to your departure to determine whether entry will be authorized upon your arrival.

Please sign on the line below:

Name _____          Date October 22, 2018
      Raheem R Abubardar

Please return to the Sex Offender Registry, or mail to: ATTN: Registration, P.O. Box 4547, Salem, MA 01970.

## Instructions for Completing the Sex Offender Registration Form

USE: This form is to be used by the Sex Offender, Sex Offender Registry, and all agencies responsible for registering sexual offenders who are unclassified or have been classified by the Sex Offender Registry Board as Level 1, Level 2, Level 3, or if determined to be a Sexually Violent Predator. *If necessary, use a separate piece of paper for additional information.*
(Items 2, 3, 5, 6, & 7 in SECTION C below do not have to be completed by UNCLASSIFIED Offenders)

SECTION A: This section is used to record the SON & classification status. Check the appropriate box indicating the level the offender has been classified. Note to Police: This is verified by the Database (DB).

SECTION B: This section is used to record the name and contact number of the agency responsible for completing and submitting the registration form and identifying the person representing that agency who took the registration.

SECTION C: The section is used to record administrative, physical, and legal information about the registrant.
1. Name – The last, first and middle name of the registrant.
2. SSN – The 9-digit social security number of the registrant, INS alien number, or passport number and country of issue.
3. Other Name(s) Used - Legal name changes, nick names, or other names commonly used.
4. DOB – record the registrant's date of birth numerically by month, day, and 4-digit year.
5. POB – record the registrant's place of birth by city and state.
6. Demographics- race, sex, hair color, eye color, height, and weight.
7. Scars/Marks/Tattoos – record any scars, marks, or tattoos (including piercings) on the registrant's body.
8. Driver's License or ID: record If different from the registrant's SSN. Identify the state of issues if not MA.
9. Registered as a Sex Offender in another State – check the appropriate box. If yes, record the state and the risk level, if known. Note to Police: The III will also have information related to the registrant as registered as a sex offender in other states.

SECTION D: This section is used to record all addresses where the offender may live or receive mail. Also provides a name and address for their nearest relative. Use the reverse side of the form or additional pages to record additional addresses.
1. Current Residence Address – record the street number and name, apartment/lot/building number, city, county, state, and zip for the location where the registrant lives. THIS CANNOT BE A POST OFFICE BOX.
2. Secondary or Out of State Address - record the street number and name, apartment/lot/building number, city, county, state, and zip for the location where the registrant lives on a temporary basis, to include vacations. THIS CANNOT BE A POST OFFICE BOX. Secondary address is defined as *"the addresses of all places where a sex offender lives, abides, lodges, or resides for a period of 14 or more days in the aggregate during any calendar year and which is not a sex offender's primary address; or a place where a sex offender routinely lives, abides, lodges, or resides for a period of 4 or more consecutive or nonconsecutive days in any month and which is not a sex offender's permanent address, including any out-of-state address."*
3. Mailing Address – record the post office or other mailbox number, the street number and name, apartment/lot/building number, city, county, state, and zip for the location where the registrant receives mail if other than his live address.
4. HOMELESS, the registrant must provide the city and approximate location within that city. Provide Shelter name & address, if applicable. A mailing address is strongly suggested in the event SORB must communicate with the offender. Note to Police: This is the address that will be coded as "LIVE" in the DB.

SECTION E: This section is used to record the identification of any vehicle, mobile home, trailer, manufactured home, vessel, or houseboat owned or operated by the registrant. Use the reverse side of the form for additional items.

1. Closest Living Relative – Record the name, relationship, and address of the registrant's closest living relative for notification in case of emergency.

SECTION F: This section is used to record where the registrant works. Include the Employer name, address of employer, and telephone number. Occupation – record what type of work the registrant normally does (i.e. landscaper, teacher, bus driver, framer, etc.)

SECTION G: This section is used to record where the registrant attends an Institution of Higher Learning. Include the name and address of the school, and campus if a satellite or extension. Include the enrollment start and end dates.

SECTION H: This section is used to advise the registrant of his legal obligations to notify the SORB or the police department of any changes in his registration status. The registrant must check that he understands his duties and sign the form. If registering at a law enforcement office, the officer witnessing the individual sign the form should sign in the space provided.
* Acceptable forms of identification are: rent or mortgage receipt, utility bill, bank or credit card statement, passport, drivers' license or official photo identification issued by the registry of motor vehicles.

- Unclassified & Level 1...Mail to: SORB PO Box 4547, Salem MA 01970
- Level 2 & Level 3...Register at Police Department in City/Town of Residence

*pg #8*

SOR FORM 9EIR  Revised 01/18



**Executive Office of Public Safety and Security**
**Sex Offender Registry Board**
P.O. Box 4547
Salem, Massachusetts 01970
Tel: (978) 740-6400, Fax: (978) 740-6464
www.mass.gov/sorb

CHARLES D. BAKER
Governor
KARYN E. POLITO
Lieutenant Governor

DANIEL BENNETT
Secretary
KEVIN R. HAYDEN
Chairman

OCTOBER 01, 2018

RAHEEM ABUBARDAR
714 SHAWMUT AVE
ROXBURY, MA 02119

County: SUFFOLK   SON: 22164

Dear RAHEEM ABUBARDAR:

The Massachusetts Sex Offender Registry Law requires that Level 3 offenders appear in-person annually (during the month of their birthday) at the local police department of the city or town in which they live, or, if not living in Massachusetts, in the city or town in which they work or attend an institution of higher learning ("local police department"). They are required to appear with the enclosed registration form to verify that the information on file remains true and accurate, as well as, to update their photographs and take fingerprints. As a Level 3 offender, you are directed to report to your local police department within five (5) calendar days of receiving this letter in order to comply with these requirements. Failure to report to the local police department, as directed, will result in criminal prosecution.

If you have registered during this current calendar year, you do not have to re-register during your birth month for this calendar year. All other registration requirements remain in effect, including the fee payment.

Please be advised that as a Level 3 offender:
- When verifying registration information, you are required to provide the local police department with two (2) forms of Independent Written Verification. Any two (2) of the following four (4) items serve as Independent Written Verification:
  o Rent or mortgage receipt;
  o Utility bill;
  o Bank or credit card statement;
  o Passport, driver's license, official photo identification issued by the Registry of Motor Vehicles, or any other photo identification deemed acceptable by the police department.
- All Level 3 homeless offenders are required to verify their registration information by appearing in-person at the local police department every 30 days;
- As a Level 3 offender, your registration information will be made available to the public upon request. In addition, your information will be subject to community notification and website dissemination.
- You are required to comply with all of the provisions of the Sex Offender Registry Law, M.G.L. c. 6, § 178C – 178Q. Your failure to comply with these provisions will result in criminal prosecution.
- You will be placed in violation of the law, criminally prosecuted and subject to reclassification if you knowingly:
  o Fail to register;
  o Fail to verify registration information;
  o Fail to provide notice of a change of address, employment or enrollment in an institution of higher learning (educational, vocational, professional or trade); or
  o Provide false information.

PLEASE READ CAREFULLY: You are advised that you must appear in-person at your local police department, not less than 10 days prior to any change in residence, employment or enrollment at an institution of higher learning. You are further advised that you are required to immediately notify the appropriate authorities of any other state in which you establish a residence, employment or enroll in an institution of higher learning. Failure to do so may subject you to criminal prosecution.

INTERNATIONAL TRAVEL – You are further advised that, in accordance with federal law, you must report any international travel to your registration official not less than 21 days prior to departure. Failure to do so may result in federal prosecution. Reporting travel does not authorize entry into your destination country; contact the local embassy of your destination country prior to your departure to determine whether entry will be authorized upon your arrival.

If you have any questions, please call 1-800-93-MEGAN (936-3426) or refer to the Board's website at www.state.ma.us/sorb/.

SEX OFFENDER REGISTRY BOARD

Encl: SOR Form 002R (10/10).

STATEMENT OF DELIVERY: THIS DOCUMENT AND ITS' ENCLOSURES WERE MAILED VIA 1ST CLASS USPS ON STATED DATE TO STATED ADDRESS BY THE SORB.

P2 #9

Instructions for Completing the Sex Offender Registration Form

**USE:** This form is to be used by the Sex Offender, Sex Offender Registry, and all agencies responsible for registering sexual offenders who are unclassified or have been classified by the Sex Offender Registry Board as Level 1, Level 2, Level 3, or if determined to be a Sexually Violent Predator. *If necessary, use a separate piece of paper for additional information.*
(Items 2, 3, 5, 6, & 7 in SECTION C below do not have to be completed by UNCLASSIFIED Offenders)

**SECTION A:** This section is used to record the SON & classification status. Check the appropriate box indicating the level the offender has been classified. Note to Police: This is verified by the Database (DB).
**SECTION B:** This section is used to record the name and contact number of the agency responsible for completing and submitting the registration form and identifying the person representing that agency who took the registration.

**SECTION C:** This section is used to record administrative, physical, and legal information about the registrant.
1. Name – The last, first and middle name of the registrant
2. SSN – The 9-digit social security number of the registrant, INS alien number, or passport number and country of issue
3. Other Name(s) Used - Legal name changes, nick names, or other names commonly used.
4. DOB – record the registrant's date of birth numerically by month, day, and 4-digit year.
5. POB – record the registrant's place of birth by city and state.
6. Demographics- race, sex, hair color, eye color, height, and weight
7. Scars/Marks/Tattoos – record any scars, marks, or tattoos (including piercings) on the registrant's body.
8. Driver's License or ID: record if different from the registrant's SSN. Identify the state of issues if not MA.
9. Registered as a Sex Offender in another State – check the appropriate box. If yes, record the state and the risk level, if known. Note to Police: The III will also have information related to the registrant as registered as a sex offender in other states.

**SECTION D:** This section is used to record all addresses where the offender may live or receive mail. Also provides a name and address for their nearest relative. Use the reverse side of the form or additional pages to record additional addresses.
1. Current Residence Address – record the street number and name, apartment/lot/building number, city, county, state, and zip for the location where the registrant lives. THIS CANNOT BE A POST OFFICE BOX.
2. Secondary or Out of State Address - record the street number and name, apartment/lot/building number, city, county, state, and zip for the location where the registrant lives on a temporary basis, to include vacations. THIS CANNOT BE A POST OFFICE BOX. Secondary address is defined as *"the addresses of all places where a sex offender lives, abides, lodges, or resides for a period of 14 or more days in the aggregate during any calendar year and which is not a sex offender's primary address; or a place where a sex offender routinely lives, abides, lodges, or resides for a period of 4 or more consecutive or nonconsecutive days in any month and which is not a sex offender's permanent address, including any out-of-state address."*
3. Mailing Address – record the post office or other mailbox number, the street number and name, apartment/lot/building number, city, county, state, and zip for the location where the registrant receives mail if other than his live address.
4. HOMELESS, the registrant must provide the city and approximate location within that city. Provide Shelter name & address, if applicable. A mailing address is strongly suggested in the event SORB must communicate with the offender. Note to Police: This is the address that will be coded as "LIVE" in the DB.

**SECTION E:** This section is used to record the identification of any vehicle, mobile home, trailer, manufactured home, vessel, or houseboat owned or operated by the registrant. Use the reverse side of the form for additional items.

1. Closest Living Relative – Record the name, relationship, and address of the registrant's closest living relative for notification in case of emergency.

**SECTION F:** This section is used to record where the registrant works. Include the Employer name, address of employer, and telephone number. Occupation – record what type of work the registrant normally does (i.e. landscaper, teacher, bus driver, framer, etc.)

**SECTION G:** This section is used to record where the registrant attends an Institution of Higher Learning. Include the name and address of the school, and campus if a satellite or extension. Include the enrollment start and end dates.

**SECTION H:** This section is used to advise the registrant of his legal obligations to notify the SORB or the police department of any changes in his registration status. The registrant must check that he understands his duties and sign the form. If registering at a law enforcement office, the officer witnessing the individual sign the form should sign in the space provided.
* Acceptable forms of identification are: rent or mortgage receipt, utility bill, bank or credit card statement, passport, drivers' license or official photo identification issued by the registry of motor vehicles.

- Unclassified & Level 1...Mail to: SORB PO Box 4547, Salem MA 01970
- Level 2 & Level 3...Register at Police Department in City/Town of Residence

92 #10

SOR FORM 002R Revised 07/18

# EXHIBIT B

Date/Time Printed: 03-26-2019 11:13:12          Revised: 01/16

| CRIMINAL COMPLAINT<br>ORIGINAL | DOCKET NUMBER<br>1901CR001484 | NO. OF COUNTS<br>1 | Trial Court of Massachusetts<br>BMC Department |
|---|---|---|---|

| DEFENDANT NAME & ADDRESS<br>Raheem R Abubardar<br>724 Shawmut Ave<br>Boston, MA 02119 | COURT NAME & ADDRESS<br>BMC Central<br>24 New Chardon Street, 6th Floor<br>Boston, MA 02114<br>(617)788-8600 |
|---|---|

| DEFENDANT DOB<br>10/23/1962 | COMPLAINT ISSUED<br>03/26/2019 | DATE OF OFFENSE<br>03/15/2019 | ARREST DATE | |
|---|---|---|---|---|
| OFFENSE CITY / TOWN<br>Boston | OFFENSE ADDRESS<br>40 New Sudbury St | | NEXT EVENT DATE & TIME | |
| POLICE DEPARTMENT<br>Boston PD - Area B-2 | POLICE INCIDENT NUMBER<br>192021908 | | NEXT SCHEDULED EVENT | |
| OBTN | PCF NUMBER<br>526245 | DEFENDANT XREF ID<br>5152620 | ROOM / SESSION | |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date(s) indicated below the defendant committed the offense(s) listed below and on any attached pages.

*subsequent portion of offense dism*

| COUNT | CODE | DESCRIPTION |
|---|---|---|
| 1 | 6/178H/G | SEX OFFENDER FAIL TO REGISTER, ~~SUBSQ. OFF., LEVEL 2 OR 3~~ c6 §178H(a)(2) |

On 03/15/2019, being a sex offender, as defined in G.L. c.6, §178C, who had been classified as a Level 2 or Level 3 sex offender by the Sex Offender Registry Board pursuant to §178K, and who was required to register pursuant to G.L. c.6, §§ 178C-178P: (1) did knowingly fail to register; or (2) did knowingly fail to verify registration information; or (3) did knowingly fail to provide notice of a change of address; or (4) did knowingly provide false information, the defendant having previously been convicted of such an offense, in violation of G.L. c.6, §178H(a)(2).

NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION.

*COUNT J   MAY 21 2019*

| SIGNATURE OF COMPLAINANT<br>X | SWORN TO BEFORE CLERK-MAGISTRATE/ASST.CLERK/DEP. ASST. CLERK<br>X   Benjamin _____ | DATE<br>MAR 25 2019 |
|---|---|---|
| NAME OF COMPLAINANT | CLERK-MAGISTRATE/ ASST. CLERK<br>X | DATE |

A TRUE COPY ATTEST

**Notice to Defendant:** *42 U.S.C. § 3796gg–4(e) requires this notice: If you are convicted of a misdemeanor crime of domestic violence you may be prohibited permanently from purchasing and/or possessing a firearm and/or ammunition pursuant to 18 U.S.C. § 922 (g) (9) and other applicable related Federal, State, or local laws.*

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) 19CR-1484 | PAGE 1 of 1 | Trial Court of Massachusetts BOSTON MUNICIPAL COURT |
|---|---|---|---|

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS BEEN ARRESTED** and the charges involve:

☐ ONLY MISDEMEANOR(S), I request a hearing ☐ **WITHOUT NOTICE**, because of an imminent threat of
  ☐ BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☐ WITH NOTICE to accused
☒ ONE OR MORE FELONIES, I request a hearing ☒ **WITHOUT NOTICE** ☐ WITH NOTICE to accused

☒ WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

ARREST STATUS OF ACCUSED
☐ HAS ☒ HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS
ABUBARDAR, RAHEEM R
724 SHAWMUT AVE
BOSTON, MA 02119

| BIRTH DATE 10/23/1962 | SOCIAL SECURITY NUMBER 246210348 |
|---|---|
| PCF NO. 526245 | MARITAL STATUS |

| DRIVERS LICENSE NO. | | | STATE |
|---|---|---|---|
| GENDER MALE | HEIGHT 602 | WEIGHT 220 | EYES BROWN |

| HAIR Black | RACE BLACK | COMPLEXION | SCARS/MARKS/TATTOOS | BIRTH STATE OR COUNTRY NC | DAY PHONE |
|---|---|---|---|---|---|

| EMPLOYER/SCHOOL | MOTHER'S MAIDEN NAME (FIRST MI LAST) | FATHER'S NAME (FIRST MI LAST) JOHNNY, JOE |
|---|---|---|

## CASE INFORMATION

| COMPLAINANT NAME (FIRST MI LAST) HENRIQUEZ, ISMAEL | COMPLAINANT TYPE ☒ POLICE ☐ CITIZEN ☐ OTHER | PD BOSTON POLI |
|---|---|---|

ADDRESS ONE SCHROEDER PLAZA
BOSTON, MA 02120

| PLACE OF OFFENSE 40 NEW SUDBURY ST, BOSTON, MA 02114 | |
|---|---|
| INCIDENT REPORT NO. 192021908 | OBTN |
| CITATION NO(S). XXXXX | |

| | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 6/178H/G | SEX OFFENDER FAIL TO REGISTER, SUBSQ. OFF., LEVEL 2 OR 3  c6 §178H(a) | 03/15/2019 |
| | VARIABLES (e.g. victim name, controlled substance, type and value of property, other variable information; see Complaint Language Manual) 03/15/2019  (DATE OF OFFENSE) | | |
| 2 | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
| | VARIABLES | | |
| 3 | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
| | VARIABLES | | |

| REMARKS | COMPLAINANT'S SIGNATURE X | DATE FILED 3/24/19 |
|---|---|---|

| COURT USE ONLY | A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON | DATE OF HEARING          AT          TIME OF HEARING | COURT USE ONLY |
|---|---|---|---|

| DATE | PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY) | CLERK/JUDGE |
|---|---|---|
| | NOTICE SENT OF CLERK'S HEARING SCHEDULED ON: | |
| | NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON: | |
| | HEARING CONTINUED TO: | |
| | APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE: ☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT  BY ACCUSED ☐ FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE ☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION | |

| DATE | COMPLAINT TO ISSUE | COMPLAINT DENIED | CLERK/JUDGE |
|---|---|---|---|
| 3-26-19 DMC | ☒ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). ☒ 1. ☐ 2. ☐ 3.  BASED ON ☒ FACTS SET FORTH IN ATTACHED STATEMENT(S) ☐ TESTIMONY RECORDED: TAPE NO.____ START NO.____  END NO.____ ☒ WARRANT ☐ SUMMONS TO ISSUE ARRAIGNMENT DATE: | ☐ NO PROBABLE CAUSE FOUND ☐ REQUEST OF COMPLAINANT ☐ FAILURE TO PROSECUTE ☐ AGREEMENT OF BOTH PARTIES ☐ OTHER: COMMENT Det Ismael Appears Sworn & testifies | B. Nunez AC |

DCCR-2 (08/04)

# Incident Report

| Case Number | CAD Incident # |
|---|---|
| I192021808 | P190143681 |

| Report Type | | |
|---|---|---|
| Incident Report | Page 1 | of 4 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 03/25/2019 14:59 to | 03/25/2019 14:59 |

| Arrested Suspects | Additional Suspects 1 | Unknown Suspects | Victims 1 | Other Persons | Vehicles | Items | Evidence Count | Locks Count | File # |
|---|---|---|---|---|---|---|---|---|---|

- [ ] Drugs
- [ ] CRU - Hate/Bias
- [ ] Car Jack
- [ ] Other Agency/Unit Notified
- [ ] Bicycle
- [ ] DVIP
- [ ] Licensed Premise
- [ ] Gun
- [ ] Warrant Arrest
- [ ] School
- [ ] Juvenile
- [ ] Disabled
- [ ] Gang
- [ ] Search Warrant
- [ ] Homeless
- [ ] Child Present
- [ ] Homeland Security
- [ ] Shots Fired
- [ ] Licensed Premise Violation
- [x] Sex Offender
- [ ] Elderly
- [ ] Homeland Security - UASI
- [ ] Victim Shot
- [ ] LPR
- [ ] NIBV
- [ ] Sexual Assault
- [ ] Home Invasion
- [ ] Victim Stabbed
- [ ] Human Trafficking
- [ ] Child Abuse

## Incident Details

| Unit Number | Clearance Disposition | Cleared by Exception | Exceptional Clearance Date |
|---|---|---|---|

| Situation Found | Case Status |
|---|---|

Location Given By Dispatcher

## Incident Address

| Street Address | | | |
|---|---|---|---|
| 40 NEW SUDBURY ST | | | |
| City | State | Zip | District |
| BSTN | MASSACHUSETTS | 02114 | DISTRICT B2 |

## Administrative Info

| Reporting Officer | Employee Number | Approving Supervisor |
|---|---|---|
| HENRIQUEZ, ISMAEL | 091894 | HUGHES, JOHN |

## OFFENSE

- [ ] Upgrade/Downgrade Offense — Upgrade/Downgrade Offense Code
- [x] Primary Offense

| Crime Description |
|---|
| FAILURE TO REGISTER AS A SEX OFFENDER |

| Offense Code Value | Attempted/Completed | Premise Type |
|---|---|---|
| 01721 | | |

| Circumstances | Bias |
|---|---|

| Criminal Activity 1 | Criminal Activity 2 | Criminal Activity 3 |
|---|---|---|
| Offender Using 1 | Offender Using 2 | Offender Using 3 |
| # Premise Entered | Home Invasion | Domestic Violence | Gang Activity |

| Gang Type #1 | Gang Name #1 |
|---|---|
| Gang Type #2 | Gang Name #2 |

| Drug Related | Drug Type | Drug Origin | Drug Precursors |
|---|---|---|---|

### MO Panel

| Entry Type | Entry Area | Entry Method |
|---|---|---|
| Entry Point 1 | Entry Point 2 | Exit Point 1 |
| Exit Point 2 | Target Area | Property Target 1 |
| Property Target 2 | Property Target 3 | Victim Target |
| Time of Day | Victim Activity | Action 1 to Premises |
| Action 2 to Premises | Action 3 to Premises | Action 1 on Victim |
| Action 2 on Victim | Action 3 on Victim | Other Action 1 |
| Other Action 2 | Other Action 3 | Solicited Offered 1 |
| Solicited Offered 2 | Solicited Offered 3 | Weapon 1 |
| Weapon 1 Auto | Weapon 2 | Weapon 2 Auto |
| Weapon 3 | Weapon 3 Auto | Arson |

# Incident Report

| Case Number | | CAD Incident # |
|---|---|---|
| I192021908 | | P190143681 |
| Report Type | | |
| Incident Report | | Page **2** of **4** |
| Date / Time Occurred | | Date / Time Reported |
| 03/25/2019 14:59   to | | 03/25/2019 14:59 |

| Precipitating Circumstance | Instrument Used |
|---|---|
| Unusual Actions and Statements of Suspect | |

## SUSPECT  ☑ Known   ☐ Unknown   ☐ Arrested

**Name (Last, First Middle)**
ABUBARDAR, RAHEEM RASHEED

| Suffix | Nickname | Race | | Gender | SSN | Date of Birth | Age | Age Range |
|---|---|---|---|---|---|---|---|---|
| | | Black | | Male | 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 | 10/23/1962 | 56 | to |

| Height | Weight | Driver's License # | DL State | Local ID | | SID |
|---|---|---|---|---|---|---|
| 6'02" | 220 | | | | | |

| FBI # | | SBI # | | Place of Birth | Citizenship |
|---|---|---|---|---|---|

| Ethnicity | Marital Status |
|---|---|

| Preferred | Contact #1 | Contact #2 | Email Address |
|---|---|---|---|

### Suspect Home Address

| Street Address | | |
|---|---|---|
| 724 SHAWMUT AVE | | |
| City | State | Zip |
| BSTN | MASSACHUSETTS | 02119 |

### Suspect Employment Information

| ☐ Student | Employer / School | Occupation |
|---|---|---|

| Street Address | | | | |
|---|---|---|---|---|
| City | State | Zip | Work Phone | Hours of Employment |

### Details

| Hair Color | Hair Length | ☐ Glasses | Eye Color | Build | Facial Hair | Facial Hair Color |
|---|---|---|---|---|---|---|
| Voice | Complexion | Hand Preference | | | | |

Clothing Description

Trademarks of Suspect

| Injury 1 | Injury 2 | Injury 3 | Injury 4 | Injury 5 |
|---|---|---|---|---|
| ☐ Hospitalized   Hospital Facility | | | Resident | |

**MO Panel**

| Entry Type | Entry Area | Entry Method |
|---|---|---|
| Entry Point | Exit Point | Target Area |
| Property Target 1 | Property Target 2 | Property Target 3 |
| Victim Target | Time of Day | Victim Activity |
| Action 1 on Victim | Action 2 on Victim | Action 3 on Victim |
| Action 1 to Premises | Action 2 to Premises | Action 3 to Premises |
| Other Action 1 | Other Action 2 | Other Action 3 |
| Solicited Offered 1 | Solicited Offered 2 | Solicited Offered 3 |
| Weapon 1 | Weapon 2 | Weapon 3 |
| Weapon 1 Type | Weapon 2 Type | Weapon 3 Type |
| Weapon 1 Caliber | Weapon 2 Caliber | Weapon 3 Caliber |

# Incident Report

| Case Number | CAD Incident # |
|---|---|
| I192021908 | P190143681 |
| Report Type | |
| Incident Report | Page 3 of 4 |
| Date / Time Occurred | Date / Time Reported |
| 03/25/2019 14:59   to | 03/25/2019 14:59 |

| Weapon 1 Color | Weapon 2 Color | Weapon 3 Color |
|---|---|---|

| Arson | Precipitating Circumstance | Instrument Used |
|---|---|---|

**Comments**

| Associated Offenses | |
|---|---|
| | Associated With Suspect |
| FAILURE TO REGISTER AS A SEX OFFENDER | |

| VICTIM | Victim Type |
|---|---|
| | Society |

**Name (Last, First Middle)**
COMM OF MASS

| Suffix | Nickname | Race | Gender | SSN | Date of Birth | Age | Age Range to |
|---|---|---|---|---|---|---|---|

| Infant Type | Height | Weight | Driver's License # | DL State |
|---|---|---|---|---|

| Place of Birth | Citizenship |
|---|---|

| Ethnicity | Marital Status |
|---|---|

| Preferred | Contact #1 | Contact #2 | Email Address |
|---|---|---|---|

| Victim Home Address | | | |
|---|---|---|---|

**Street Address**
2400 WASHINGTON ST

| City | State | Zip |
|---|---|---|
| BSTN | MASSACHUSETTS | 02119 |

| Employment Information | |
|---|---|

| Student | Employer / School | Occupation |
|---|---|---|

| College Name | On Campus |
|---|---|
| | ☐ Yes   ☐ No |

**Street Address**

| City | State | Zip | Work Phone | Hours of Employment |
|---|---|---|---|---|

| Details | | | |
|---|---|---|---|

| Hair Color | Eye Color | Build | Resident |
|---|---|---|---|

| Injury 1 | Injury Description |
|---|---|

| Injury 2 | Injury 3 | Injury 4 | Injury 5 |
|---|---|---|---|

| Victim Condition | Victim-Offender |
|---|---|

| A. Assault/Homicide | A. Assault/Homicide Circumstance 1 | A. Assault/Homicide Circumstance 2 |
|---|---|---|
| ☐ Yes   ☐ No | | |

| Justifiable Homicide | Justifiable Homicide Circumstance |
|---|---|
| ☐ Yes   ☐ No | |

| Hospital Facility | Hospital Description |
|---|---|
| ☐ Victim Hospitalized | |

| Under Influence Alcohol? | Under Influence Drugs? | Domestic Disturbance | Domestic Violence Victim Transported |
|---|---|---|---|
| ☐ Yes ☐ No ☐ Unknown | ☐ Yes ☐ No ☐ Unknown | | ☐ Yes ☐ No |

| Violation of Protective Order | Cohabitant |
|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No |

| Associated Offenses | |
|---|---|
| | Associated With Victim |
| FAILURE TO REGISTER AS A SEX OFFENDER | |

**Public Narrative**

 **Incident Report**

| Case Number | CAD Incident # |
|---|---|
| I192021908 | P190143681 |

| Report Type | | |
|---|---|---|
| Incident Report | Page | 4  of  4 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 03/25/2019 14:59      to | 03/25/2019 14:59 |

On 03/15/2019,  Raheem ABUBARDAR with a date of birth of 10/23/1962, being a Sex Offender, as defined in G.L. c. 6, § 178C, who was required to register pursuant to G.L. c. 6§ 178C-178Q: (1) did knowingly fail to register; or (2) did knowingly fail to verify registration information; or (3) did knowingly fail to provide notice of a change of address; or (4) did knowingly provide false information, the defendant having previously been convicted in Plymouth Superior Court on 09/06/1991 of an offense, specifically, Rape, Docket #89868.

Being a convicted level 3 sex offender, Mr. ABUBARDAR did fail to register with the Boston Police Sex Offender Registry Unit (SORI Unit) as of 03/25/2019.  Mr. ABUBARDAR failed to notify the SORI Unit of a change of address per address audit by detectives.  Mr. ABUBARDAR was placed in violation for not registering as a sex offender.

Warrants to be sought out of Boston Municipal Court, Central Division for Failure to register as a sex offender, second and subsequent, as suspect was convicted on 02/01/2017 out of Plymouth Superior Court for failure to register as a sex offender, docket # 201300192006.

# EXHIBIT C

7/1/2020                              Case Details - Massachusetts Trial Court 4

Skip to main content

# 1901CR001484 Commonwealth vs. Abubardar, Raheem Rasheed

- Case Type
- Criminal
- Case Status
- Activity Suspended
- File Date
- 03/26/2019
- DCM Track:
- Initiating Action:
- SEX OFFENDER FAIL TO REGISTER, LEVEL 2 OR 3 c6 §178H(a)(1)
- Status Date:
- 12/10/2019
- Case Judge:
- Next Event:

| All Information | Party | Charge | Event | Docket | Disposition |

## Party Information

Abubardar, Raheem Rasheed
- Defendant

| Alias | Party Attorney |
|---|---|
| | Attorney |
| | Carroll, Esq., Bruce W |
| | Bar Code |
| | 075840 |
| | Address |
| | Phone Number |

More Party Information

## Party Charge Information

- Abubardar, Raheem Rasheed
- Defendant
  Charge # 1 :
    6/178H/E - Felony      SEX OFFENDER FAIL TO REGISTER, LEVEL 2 OR 3 c6 §178H(a)(1)
- Original Charge
- 6/178H/G SEX OFFENDER FAIL TO REGISTER, SUBSQ. OFF., LEVEL 2 OR
  3 c6 §178H(a)(2) (Felony)
- Amended Charge
- 6/178H/E SEX OFFENDER FAIL TO REGISTER, LEVEL 2 OR 3 c6 §178H(a)
  (1) (Felony)

  Charge Disposition
  Disposition Date
  Disposition
  12/10/2019
  Nolle Prosequi

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 03/29/2019 09:00 AM | Arraignment - Rm 17, 5th Flr | BOS-5th FL, CR 17 (BMC) | Default Removal Hearing | | Held |
| 05/21/2019 09:00 AM | Arraignment - Rm 17, 5th Flr | BOS-5th FL, CR 17 (BMC) | Probable Cause Hearing | | Defendant defaulted-Fl to Appear |

7/1/2020                        Case Details - Massachusetts Trial Court 4

| Date | Session | Location | Type | Event Judge | Result |
|------|---------|----------|------|-------------|--------|
| 05/21/2019 09:00 AM | Arraignment - Rm 17, 5th Flr | BOS-5th FL, CR 17 (BMC) | Default Removal Hearing | | |
| 05/29/2019 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Motion Hearing (CR) | | Held – Motion allowed |
| 06/04/2019 10:00 AM | Videoconference-Courtroom 13, 5th Floor | BOS-5th FL, CR 13 (BMC) | Motion Hearing (CR) | | Event Cancelled |
| 06/14/2019 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Pretrial Hearing | | Not Held |
| 07/24/2019 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Pretrial Hearing | | Held |
| 09/20/2019 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Pretrial Hearing | | Held |
| 12/10/2019 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Discovery Compliance & Jury Election | | Defendant defaulted-Fl to Appear |
| 12/30/2019 09:00 AM | Arraignment - Rm 17, 5th Flr | BOS-5th FL, CR 17 (BMC) | Hearing to Review Status | | Review Completed |

## Docket Information

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|-------------|-------------|-------------|---------------|--------------|
| 03/26/2019 | Criminal Complaint issued from Electronic Application: Originating Court: BMC Central Case Number: 1901AC001630-WA Receiving Court: BMC Central ; | | | |
| 03/26/2019 | Complaint Issued with arrest warrant. | | | |
| 03/26/2019 | Warrant Issued: Straight Warrant Issued on 03/26/2019 for Abubardar, Raheem Rasheed | | | |
| 03/26/2019 | Complaint/Police Report | | | |
| 03/29/2019 | Called ahead at the request of Defendant to remove warrant | | | |
| 03/29/2019 | Participants at Court Event - Defendant in Court - Assistant District Attorney Fisher-Groban - Probation Representative Rodriguez - Session Clerk - cmt/kn - Courtroom and Time - 17  12.25. atty Carroll appt | | | |
| 03/29/2019 | Warrant recalled: Straight Warrant cancelled on 03/29/2019 for Abubardar, Raheem Rasheed | | | |
| 03/29/2019 | Event Resulted:  Default Removal Hearing scheduled on: 03/29/2019 09:00 AM Has been: Held Hon. Lisa Grant, Presiding Appeared: Staff: | | | |
| 03/29/2019 | Bail revocation warning (276/58) given to the defendant Judge: Grant, Hon. Lisa | | | |
| 03/29/2019 | Read only Judge: Grant, Hon. Lisa | | | |
| 03/29/2019 | Defendant before Court on Warrant, Warrant recalled as served. Judge: Grant, Hon. Lisa | | | |
| 03/29/2019 | Default warrant recall fee waived. Judge: Grant, Hon. Lisa | | | |
| 03/29/2019 | Released on Personal Recognizance Judge: Grant, Hon. Lisa | | | |

Case Details - Massachusetts Trial Court 4

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 03/29/2019 | Appearance filed<br>On this date Bruce W Carroll, Esq. added as Appointed - Able to Contribute for Defendant Raheem Rasheed Abubardar<br>Appearance filed for the purpose of Case in Chief by Judge Hon. Lisa Grant. | | 1 | |
| 05/21/2019 | Event Resulted: Probable Cause Hearing scheduled on:<br>05/21/2019 09:00 AM<br>Has been: Defendant defaulted-Fl to Appear<br>Hon. Michael J Coyne, Presiding | | | |
| 05/21/2019 | Participants at Court Event - Defendant Not In Court - Assistant District Attorney Aiello - Probation Representative Chin - Session Clerk - KWS - Courtroom and Time - Rm 17/9:25.<br>Atty Carroll appears | | | |
| 05/21/2019 | Default Warrant ordered to issue.<br>Judge: Coyne, Hon. Michael J | | 2 | |
| 05/21/2019 | Warrant recalled:<br>Default Warrant cancelled on 05/21/2019 for Abubardar, Raheem Rasheed | | | |
| 05/21/2019 | Motion to amend offense to sex offender failure to register level two or three ALLOWED. | | | |
| 05/21/2019 | Warrant recalled:<br>Default Warrant cancelled on 05/21/2019 for Abubardar, Raheem Rasheed | | | |
| 05/21/2019 | Participants at Court Event - Defendant in Court - Assistant District Attorney Aiello - Probation Representative Chin - Session Clerk - KWS - Courtroom and Time - RM 17/.<br>attorney not present<br>Judge: Byrne, Hon. Catherine K | | | |
| 05/21/2019 | Default warrant recall fee waived.<br>Judge: Byrne, Hon. Catherine K | | | |
| 05/21/2019 | The Court enters the following order: attorney Carroll to remain appointed.<br>Judge: Byrne, Hon. Catherine K | | | |
| 05/21/2019 | Released on Personal Recognizance to June 14 Rm 14 for pretrial hearing.<br>Judge: Byrne, Hon. Catherine K | | | |
| 05/21/2019 | Defendant's request for speedy trial filed. Deft is now at Nashua street jail | | 3 | |
| 05/21/2019 | Habeas Corpus for prosecution issued to Suffolk County Jail returnable for 06/14/2019 09:00 AM<br>Pretrial Hearing:<br>Further Orders: | | | |
| 05/29/2019 | Defendant's motion to remove Default filed with the following, if any, supporting documents: | | 4 | |
| 05/29/2019 | Event Resulted: Motion Hearing (CR) scheduled on:<br>05/29/2019 09:00 AM<br>Has been: Held - Motion allowed<br>Hon. Richard Sinnott, Presiding | | | |
| 05/29/2019 | Motion to continue ALLOWED. | | | |
| 05/29/2019 | Participants at Court Event - Defendant Not in Court - Assistant District Attorney Aiello - Probation Representative Sweeney - Session Clerk - KWS - Courtroom and Time - 14, 10:53.<br>Atty Carroll appears<br>Judge: Sinnott, Hon. Richard | | | |
| 05/29/2019 | Event Resulted: Pretrial Hearing scheduled on:<br>06/14/2019 09:00 AM<br>Has been: Not Held<br>Hon. Richard Sinnott, Presiding | | | |
| 05/29/2019 | Habeas Corpus for prosecution issued to Suffolk County Jail returnable for 07/24/2019 09:00 AM<br>Pretrial Hearing:<br>Further Orders:<br>this HABE replaces HBE issued for June 14, 2019<br>Judge: Sinnott, Hon. Richard | | | |
| 05/30/2019 | SORB record deposited with clerk-magistrate (G.L. c.233 §79J). | | | |
| 05/31/2019 | Event Resulted: Motion Hearing (CR) scheduled on:<br>06/04/2019 10:00 AM<br>Has been: Event Cancelled     For the following reason: Defendant Not Present<br>Kathleen T Noons, Presiding | | | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 07/24/2019 | Event Resulted:  Pretrial Hearing scheduled on:<br>　　07/24/2019 09:00 AM<br>Has been: Held<br>Hon. Tracy Lee Lyons, Presiding | | | |
| 07/24/2019 | Participants at Court Event - Defendant not in Court - Assistant District Attorney O'Rourke - Probation Representative Sweeney - Session Clerk - kws - Courtroom and Time - 14/ 9:18.<br>Atty Carroll appears...deft not in custody<br><br>Judge: Lyons, Hon. Tracy Lee | | | |
| 07/24/2019 | Pretrial conference report filed.<br><br>Judge: Lyons, Hon. Tracy Lee | | 5 | |
| 07/24/2019 | Defendant's presence excused. Continued to September 20-PTH-Rm 14<br><br>Judge: Lyons, Hon. Tracy Lee | | | |
| 09/20/2019 | Event Resulted:  Pretrial Hearing scheduled on:<br>　　09/20/2019 09:00 AM<br>Has been: Held<br>Hon. Sally A Kelly, Presiding | | | |
| 09/20/2019 | Participants at Court Event - Defendant in Court - Assistant District Attorney Seol - Probation Representative Rodriguez - Session Clerk - KWS - Courtroom and Time - 14/909.<br>Atty Carroll present<br><br>Judge: Kelly, Hon. Sally A | | | |
| 09/20/2019 | Released on Personal Recognizance<br><br>Judge: Kelly, Hon. Sally A | | | |
| 12/10/2019 | Event Resulted:  Discovery Compliance & Jury Election scheduled on:<br>　　12/10/2019 09:00 AM<br>Has been: Defendant defaulted-FI to Appear<br>Hon. Mark H Summerville, Presiding | | | |
| 12/10/2019 | Participants at Court Event - Defendant not in Court - Assistant District Attorney Hartley / Erickson - Probation Representative Moy - Session Clerk - kn - Courtroom and Time - 14/ 9:15, 9:59, 11:38, 12:04.<br>Atty Carroll appears | | | |
| 12/10/2019 | No arrest warrant to issue unless defendant before court or further order of court entered.<br>Judge: Summerville, Hon. Mark H | | | |
| 12/10/2019 | Defendant arrives late.   Default warrant recall fee waived.<br>Judge: Summerville, Hon. Mark H | | | |
| 12/10/2019 | Nolle Prosequi received, filed and accepted.<br>Judge: Summerville, Hon. Mark H | | 6 | |
| 12/10/2019 | Evidentiary Trial / Hearing Notes<br>Judge: Summerville, Hon. Mark H<br><br>Legal counsel fee remitted per c277. sec 14 | | | |
| 12/10/2019 | Charges Disposed::<br>Charge # 1 SEX OFFENDER FAIL TO REGISTER, LEVEL 2 OR 3  c6 §178H(a)(1)<br>　On: 12/10/2019     Judge: Hon. Mark H Summerville<br>　Nolle Prosequi<br><br>Judge: Summerville, Hon. Mark H | | | |
| 12/30/2019 | Defendant's motion to request waiver of costs for transcription of hearing. filed with the following, if any, supporting documents: | | 7 | |
| 12/30/2019 | Affidavit of Raheem Rasheed Abubardar of indigency received and filed. filed. | | 8 | |
| 12/30/2019 | Event Resulted:  Hearing to Review Status scheduled on:<br>　　12/30/2019 09:00 AM<br>Has been: Review Completed<br>Hon. Eleanor C Sinnott, Presiding | | | |
| 12/30/2019 | Participants at Court Event - Defendant in Court - Assistant District Attorney O'Neil - Probation Representative Jurczak - Session Clerk - kw - Courtroom and Time - 17/ 3:10.<br>no atty present<br><br>Judge: Sinnott, Hon. Eleanor C | | | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 12/30/2019 | Motion to waive costs of CD recording ALLOWED. Allowed. | | | |
| | Judge: Sinnott, Hon. Eleanor C | | | |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |

07/13                        √7/14        8

*COMMONWEALTH OF MASSACHUSETTS*

Suffolk, ss.



NOTIFY

SUFFOLK SUPERIOR COURT
CIVIL CLERK'S OFFICE

2020 JUL -9 P 12:

~~CHAEL~~ JOSEPH DUNCAN
CLERK / MAGISTRATE

Suffolk Superior Court
Docket No. 193862C

Raheem Rashed Abubardar,
                    Plaintiff

v.

Detective Ismael Henriquez, et.al.
Badge Number 91894
Area B-2 Station
And
Mr. William G. Gross
The Boston Police Commissioner
                    Defendants

*APPOINTMENT OF
SPECIAL PROCESS SERVER
UNDER RULE 4C*

The Plaintiff moves pursuant to Rule 4C of the Massachusetts Rules of Civil Procedure that this Court appoint, Adam Loomis and/or any of his employees, designee's or servants as process server in this matter, qualified and knowledgeable persons in the service of all court process, limited to any and all pre-judgment service of process. The undersigned swears that to the best of his knowledge and belief, the person to be appointed is eighteen years of age or over and is not a party in this case and a disinterested person.

Jason Benzaken, Esq.
Benzaken, Alexander and Wood, PC.
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
attorneybenzaken@gmail.com

Notice sent
07.14.20
JB
BA+W pc
     mo

*ORDER OF THE COURT APPOINTING SPECIAL PROCESS SERVER* Squires-Lee, J.
This action came on for hearing before the Court, 7/13/20 presiding upon Plaintiff's Motion for Appointment of a Person to Serve Process, and thereupon, consideration thereof, it is Ordered and Adjudged that: Adam Loomis and/or any of his/her employees, designee's or servants are appointed Special Process Server for the express purpose of serving any and all prejudgment service of process in this action pursuant to Massachusetts Rule 4C of Civil Procedure.

Dated: 7/13/20                Attest              By: _____

                              Title: Asst. Clerk


*BostonPolice*
D E P A R T M E N T

1 Schroeder Plaza, Boston, MA 02120 2014

**Page <u>1 of 1</u>**

**Date <u>7/28/2020</u>**

**DISTRICT/UNIT: <u>Special Investigations Unit</u>**

| | |
|---|---|
| **To:** | **Lieutenant Patrick J. Cullity**<br>**Commander, Special Investigations Unit** |
| **From:** | **Detective Ismael Henriquez, ID # 91894** |
| **Subject:** | **Request for legal representation in the matter of Raheem Rashed Abubardar v. Detective Ismael Henriquez and Mr. William Gross et, al; currently pending in Massachusetts Trail Court of the Commonwealth Suffolk Superior Court Department, Civil Action No. 1984CV3862C** |

Sir:

I respectfully report I was notified that I was named as a defendant in the matter of Raheem Rashed Abubardar v. Detective Ismael Henriquez and Mr. William Gross et, al; currently pending in Massachusetts Trail Court of the Commonwealth Suffolk Superior Court, Civil No. 1984CV3862C . I am requesting legal representation from the department on this matter. I have attached a copy of the complaint with this request.

**Respectfully submitted**

Detective Ismael Henriquez
I.D # 91894